```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                         MINUTES OF PROCEEDINGS
```

Camden Office                    Date of proceeding: October 1, 2009

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #143


**TITLE OF CASE:**                **DOCKET NO. 96cv4920(JBS/AMD)**
Ernest Wilkerson
     v.
Steve Hallet

**APPEARANCES:**
Ernest Wilkerson, Pro Se plaintiff
Steve Hallet, Pro Se defendant


**DISPOSITION:**
Final Pretrial Conference held on the record.



                         DEPUTY CLERK: s/Susan Bush



Time commenced: 1:47 pm          Time adjourned: 2:03 pm

           Total time in Court: 10 mins.