

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden                                              July 9, 2010

**Judge JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                                              Docket #  Civil 96-4920(JBS)
WILKERSON
        VS.
HALLET

Appearances:
Ernest Wilkerson, Pro Se plaintiff
Steve Hallet, Pro Se Defendant

Nature of Proceedings:     PRE-TRIAL CONFERENCE
Ordered motion to seal denied (152)
Ordered trial set for 7/19/10 at 10:00 am

Time Commenced  3:30 pm  Time Adjourned  4:00 pm  Total Time: ~~1 Hour~~ *30 Minutes*

                                                    s/ *Marnie Maccariella*
                                                    **DEPUTY CLERK**

cc: Chambers